UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAE HENDERSON, JR.,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>              Defendant. | Case No. 1:16-cv-01857-DAD-EPG<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS**<br><br>**30 DAY DEADLINE** |

Plaintiff is proceeding *pro se* in a civil action. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that within **30 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 13, 2016**                    /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

1